

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTOPHER W. LEVY, | § | No. 08-22-00213-CV |
| Appellant, | § | Appeal from the |
| v. | § | 261st District Court |
| JULIE J. OAKLEY, THOMAS G. KILGORE, LOUIS MASTRANGELO, SANJEEV KUMAR, and GRETCHEN VANCE, | § | of Travis County, Texas |
| | § | (TC# D-1-GN-22-002721) |
| Appellees. | § | |
| | § | |

### <u>MEMORANDUM OPINION</u>

Appellant Christopher W. Levy has filed a motion for voluntary dismissal of this action. *See* Tex.R.App.P. 42.1(a)(1) (governing voluntary dismissals filed by appellants). The motion is granted, and this appeal is dismissed.


JEFF ALLEY, Justice

November 8, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.